IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>JESSE LEE HOPKINS,<br><br>　　　　　Defendant. | CR 22-108-BLG-SPW<br><br>ORDER |

Upon the Court's Own Motion,

IT IS HEREBY ORDERED that sentencing currently scheduled for Tuesday, May 9, 2023 at 1:30 p.m. is **VACATED** and **RESET** to commence on **Monday, May 8, 2023 at 9:30 a.m.** in the James F. Battin U.S. Courthouse, Billings, Montana.

The Clerk shall forthwith notify the parties of the making of this Order.

DATED this 26th day of April, 2023.

　　　　　　　　　　　　　　　　　_Susan P. Watters_
　　　　　　　　　　　　　　　　　SUSAN P. WATTERS
　　　　　　　　　　　　　　　　　U.S. DISTRICT JUDGE

1