IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JESSE LEE HOPKINS,<br><br>Defendant. | CR 22-108-BLG-SPW<br><br>ORDER |

This matter comes before the Court on a Motion for Compassionate Release filed by Defendant Jesse Lee Hopkins on July 21, 2023. (Doc. 97). Hopkins seeks a reduction in his sentence based on educational courses and certificates he has completed, alleged threats made against Hopkins's life in prison, and his mental health. (*Id.* at 1-2).

This Court sentenced Hopkins to a 101-month term of imprisonment for Bank Fraud, Aggravated Identity Theft, and Felon in Possession of a Firearm on May 8, 2023, to run concurrent with Hopkins's sentences in four state cases in Montana. (Doc. 86). He currently is at the Montana State Prison serving the sentences imposed in his state cases. *See* Offender Search, https://app.mt.gov/conweb/Search (accessed July 24, 2023).

The Court denies Hopkins's motion because it lacks jurisdiction. Hopkins is not in the custody of the Bureau of Prisons. Rather, Hopkins is in the custody of

the Montana State Prison, which the Court has no authority to command. However, the Court understands based on another motion filed by Hopkins that the Montana Board of Pardons and Parole has granted parole to Hopkins's federal sentence and that Hopkins will be moved to federal custody. (Doc. 98-1). Accordingly, Hopkins filed his Motion for Compassionate Release from the custody of the Bureau of Prisons prematurely.

    IT IS SO ORDERED that Jesse Lee Hopkins's Motion for Compassionate Release (Doc. 97) is DENIED.

DATED this 24th day of July, 2023.

SUSAN P. WATTERS
United States District Judge