IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> JESSE LEE HOPKINS, <br><br> Defendant. | CR 22-108-BLG-SPW <br><br> ORDER |

Counsel for Defendant has filed a Motion for Clarification of Appointment (Doc. 129).

On October 3, 2023, this Court entered an order requiring the Federal Defender's Office to locate conflict-free counsel to represent Mr. Hopkins on his pending motion for compassionate release under 18 U.S.C. § 3582(c). (Docs. 120, 121). Counsel entered an appearance on October 6, 2023. (Doc. 122). Therefore,

**IT IS HEREBY ORDERED** that counsel is appointed to represent Mr. Hopkins on his Motion for Compassionate Release (Doc. 120) under 18 U.S.C. § 3582(c) only.

1

**IT IS FURTHER ORDERED** that Mr. Hopkins's Second Pro Se Addendum (Doc. 123) to his pending 28 U.S.C. § 2255 motion shall now be considered by this Court, as Mr. Hopkins is not represented by counsel on his § 2255 motion.

The Clerk of Court is directed to notify the parties of the making of this Order.

DATED this 17th day of October, 2023.

SUSAN P. WATTERS
DISTRICT JUDGE