IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JESSE LEE HOPKINS,<br><br>Defendant. | CR 22-108-BLG-SPW<br><br>ORDER |

Defendant Jesse Lee Hopkins filed a motion on June 5, 2024, seeking to withdraw his guilty plea and an evidentiary hearing on the matter. (Doc. 158). The Court orders the Government to file a response no later than fourteen (14) days from the date of this order.

DATED this 24th day of June, 2024.

Susan P. Watters
SUSAN P. WATTERS
United States District Judge

1