IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JESSE LEE HOPKINS,<br><br>Defendant. | CR 22-108-BLG-SPW<br><br>ORDER |

This matter comes before the Court on a motion filed pro se by Defendant Jesse Lee Hopkins on July 8, 2024. (Doc. 165). Defendant asks the Court to issue an order changing defendant's legal name to Perceptions Secret Hopkins and gender markers to female and to appoint counsel. (*Id.*). Defendant attached medical records indicating she has gender dysphoria. (*See* Doc. 165-1 at 3).

The Court denies the motion because it has no ability to legally change someone's name. The Court only is able to update a defendant's name in the record and with the Bureau of Prisons if the defendant provides documentation that they have applied for and been granted a legal name change in the applicable state.

IT IS SO ORDERED that Defendant's motion (Doc. 165) is DENIED with leave to refile.

//

//

DATED this ___15th___ day of July, 2024.

*Susan P. Watters*
SUSAN P. WATTERS
United States District Judge