IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 22–108–BLG–SPW |
| Plaintiff, | |
| vs. | ORDER |
| JESSE LEE HOPKINS, | |
| Defendant. | |

On October 2, 2023, Defendant Jesse Lee Hopkins filed a motion under 18 U.S.C. § 3582(c)(1)(A) to reduce his 101-month federal sentence. (Doc. 120; *see* Doc. 86 (Judg.).) That motion was denied on February 18, 2025. (Doc. 194.) Hopkins appealed, (*see* Doc. 195), and subsequently filed a renewed, pro se motion for compassionate release, (Doc. 200). Hopkins' appeal remains pending at the Ninth Circuit. *See United States v. Hopkins*, Case No. 25-1220.

"The general rule is that once a notice of appeal has been filed the district court is divested of jurisdiction over the matters being appealed." *United States v. Phelps*, 283 F.3d 1176, 1181 n.5 (9th Cir. 2002); *see United States v. Ortega-Lopez*, 988 F.2d 70, 72 (9th Cir. 1993) ("The filing of a notice of appeal confers jurisdiction on the court of appeals and divests the district court of its control over those aspects of the case involved in the appeal." (Internal quotation marks

1

omitted)).  Here, Hopkins' pending appeal challenges this Court's denial of his previous request for compassionate release under § 3582(c), its denial of his habeas petition under 28 U.S.C. § 2255, and its denial of his pro se motion to withdraw his guilty plea.  (*See* Docs. 194, 195.)  Thus, he challenges both the fact of his conviction and the length of his sentence, which directly relates to matters raised in his pending motion for compassionate release.  (*See* Doc. 200.)  The Court therefore lacks jurisdiction to reduce Hopkins' sentence.  *See United States v. Walls*, 455 F. Supp. 3d 461, 463–64 (E.D. Mich. 2020) ("A pending appeal that involves a defendant's sentence deprives a district court of jurisdiction to rule on the defendant's motion for compassionate release."); *see also United States v. Martin*, 2021 WL 4942889, at *1 (E.D. Cal. Oct. 22, 2021) (same); *United States v. Melkonyan*, 2020 WL 2128591, at *1 (E.D. Cal. May 5, 2020) (same).

Accordingly, IT IS ORDERED that Hopkins' renewed motion for compassionate release (Doc. 200) is DENIED.

IT IS FURTHER ORDERED that the Court declines to issue an indicative ruling under Rule 37(a) of the Federal Rules of Criminal Procedure.

DATED this _8th_ day of July, 2025.

Susan P. Watters, District Judge
United States District Court

2