IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 22–108–BLG–SPW |
| Plaintiff, | |
| vs. | ORDER |
| JESSE LEE HOPKINS, | |
| Defendant. | |

On October 2, 2023, Defendant Jesse Lee Hopkins filed a motion under 18 U.S.C. § 3582(c)(1)(A) to reduce his 101-month federal sentence. (Doc. 120; *see* Doc. 86 (Judg.).) That motion was denied on February 18, 2025. (Doc. 194.) Hopkins appealed on February 25, 2025, (*see* Doc. 195), and subsequently filed a renewed, pro se motion for compassionate release, (Doc. 200). Because Hopkins' appeal was pending at the Ninth Circuit, *see United States v. Hopkins*, Case No. 25-1220, his subsequent motion for compassionate release was denied on jurisdictional grounds, (Doc. 201). That denial was summarily affirmed by the Ninth Circuit. (Docs. 206, 207.) Even though Hopkins' February 25, 2025 appeal is still pending, Hopkins filed another motion for compassionate release on April 27, 2026, (Doc. 211).

For the same reasons stated in this Court's July 8, 2025 Order, (*see* Doc.

1

201), IT IS ORDERED that Hopkins' April 27, 2026 motion for compassionate release, (Doc. 211), is DENIED.

IT IS FURTHER ORDERED that the Court declines to issue an indicative ruling under Rule 37(a) of the Federal Rules of Criminal Procedure.

DATED this _12th_ day of May, 2026.

Susan P. Watters, District Judge
United States District Court

2